UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 24-10547-SK                                              Date: February 20, 2025
Title   Jennifer De Santos v. Target Corporation et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE**

The parties have not filed a timely joint Rule 26(f) report as ordered by the court in advance of the February 26, 2025 scheduling conference. The parties are thus ordered to show cause in writing by no later than **10 AM on February 26, 2025** why sanctions should not be imposed on the parties and/or their counsel. This order may be discharged with the filing of a thorough and complete joint Rule 26(f) report by no later than 10 AM on February 26, 2025. Meanwhile, the scheduling conference currently set for February 26, 2025 at 10 AM by Zoom webinar is vacated. The court may set a further OSC hearing or scheduling conference in person as needed based on what the parties file by or before February 26 as ordered here.

IT IS SO ORDERED.